ICYLIND MCDONALD et al., Respondents, v. FREDLAND REALTY CORPORATION, Appellant.

MARTIN, P. J. (dissenting). The verdict in favor of the plaintiffs is against the weight of the credible evidence. In this case the plaintiffs are attempting to swear away positive, direct evidence and to overcome the effect of a photograph showing the actual condition.

The judgment should be reversed and a new trial granted.

Dore, Cohn, Callahan and Wasservogel, JJ., concur in decision; Martin, P. J., dissents in opinion.

Judgment affirmed, with costs. No opinion. [See post, p. 983.]

EDWARD GIBBONS, as Administrator of the Estate of WILLIAM GIBBONS, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 1024.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BUTO, Appellant.— There is no appeal from an order denying a motion for resentence except as it may form part of the judgment roll on an appeal from the judgment of conviction. (People v. Gersewitz, 294 N. Y. 163, 168, 169; People v. Mellon, 261 App. Div. 400, 401.) The matter is one that might properly appeal to the discretion of the State Parole Commission. Appeal unanimously dismissed. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRELLER REALTY CORPORATION, Respondent, against WALTER A. MUNGEER et al., Constituting the Tax Commission of the City of New York, Appellants. [1931–1939 Broadway, 110–122 W. 65th St., Borough of Manhattan.] — Order unanimously modified so as to provide for the fixing of the assessed valuations of the property as follows: Land $300,000, building $40,000, total $340,000, and as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.